**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**GLO KAUFMAN,**                                                                  **PLAINTIFF,**

**VS.**                                          **CIVIL ACTION NO. 2:07CV048-P-A**

**ROBINSON PROPERTY GROUP, L.P., et al.,
d/b/a Horseshoe Casino & Hotel,**                                         **DEFENDANT.**

## FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) The defendant's motion to dismiss the plaintiff's claims for failure to list claims on her bankruptcy petition [49], which the court converted into a motion for summary judgment, is **GRANTED**; therefore,

(2) All of the plaintiff's claims are barred under the judicial estoppel doctrine and are therefore **DISMISSED WITH PREJUDICE**; and

(3) This case is closed with the parties to bear their own costs.

**SO ORDERED** this the 15th day of May, A.D., 2009.

                                                               /s/ W. Allen Pepper, Jr.
                                                               W. ALLEN PEPPER, JR.
                                                               UNITED STATES DISTRICT JUDGE